Federal tort claim Act (FTCA)
under 18 U.S.C. 2671                    pg.1

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JUL 26 2024

LAURA A. AUSTIN, CLERK
BY:_____
DEPUTY CLERK

_Dillon_
District Judge
(Assigned by Clerk's Office)

_Memmer_
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24-cv-00481
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS</u> <u>OF FED. BUREAU OF NARCOTICS</u>, 403 U.S. 388 (1971)**

McFarland Philander                           16362075
Plaintiff Name                                Inmate No.
        v.

Scott, Sareena   (Physical Address) U.S. Penitentiary-Lee  Lee County Indu-
Defendant Name & Address—strial Park Hickory Flat Pennington Gap, Va. 24277

Polly, Pamela (Physical Address) U.S. Penitentiary-Lee  Lee County Industrial Park-
Defendant Name & Address—Hickory Flat Pennington Gap. Va. 24277

Dankwa Vibeke (Physical Address) U.S. Penitentiary-Lee Lee County Industrial Park
Defendant Name & Address—Hickory Flat Pennington Gap Va. 24277

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

pg.2

A. Where are you now? Name and Address of Facility:

_____

B. Where did this action take place?

_____

C. Have you begun an action in state or Federal court dealing with the same facts involved in this complaint? "Yes" U.S. 4th district court 320cv201 case

D. Have you filed any grievances regarding the facts of this complaint? "Yes" 1. If your answer is Yes, Indicate result: Administrative remedy #IRT-MXR-03032  6 months to be filed @ United States district court.

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what actions each defendant took in violation of your federal rights and include relevant dates and places.

Claim #1 – Supporting facts: On January 31, 2024 @ 13:00pm vitals were check @ United States Virginia Federal Bureau of Prison Penitentiary-Lee Health Service department. By medical staff Scott, Sareena and Polly, Pamela and gave "oral" taken newly prescribe medication @ that time. (That causes side effect dizziness) see Attachment newly medication "AmLod-lPine 5mg Brandname: Norvasc 5. Prescribe by Scott, Sareena and Polly, Pamela co-signed by medical staff dankwa, Vibeke @ United States Penitentiary-Lee Health Service department and then "order" to exit United States Penitentiary-Lee Health Service department. On February 2, 2024 @ 16:30pm @ United States Virginia Federal Bureau of Prison Penitentiary-Lee unit: I cell 213. McFarland #16362075 became dizzy from (self carry by McFarland "orally" taken once a day newly medication). ▓▓▓▓▓▓▓▓▓▓ And fell inside of unit: I cell 213 to personal injury to (right pretemple frontal cranium area). See Attachment (Newly medication self carried by McFarland "AmLodlpine 5mg Brandname: Norvasc 5). Next page ⟶

pg.3

~ Witness by unit: I cell 213 celly Garth, Travis Jamal #43478-074 then unit: I officer was alerted and McFarland #16362075 was order to United States Penitentiary-Lee Health Service department. By institution electronic surveillance excourt. To encounter medical staff Scott, Sareena's (unwritten medical encounter). OF McFarland #16362075 February 2, 2024 16:20 pm personal medical injury Fall to (right pre-temple frontal cranium area). Given a Band-aid by Scott, Sareena and order to exit United States Penitentiary-Lee Health Service department. See Attachment: A (April 23, 2024 denied claim TRT-MXR-2024-03032 cert. mail letter no. #7019164000000834 8421). Additional under lined report by "Christine Lewis" Supervisory Attorney consolidated legal Center, Beckley for "Michael Frazier" Regional Counsel, for Mid-Atlantic Regional 302-Sentinel dr. suite: 200 Annapolis Junction, Md. 20701.

Attachment



Central Fill Pharmacy-Pollock          LEE-I02-214L D-14
1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467
602559-CP1   Dankwa, Vibeke MD/MXR +   02/20/2024
MCFARLAND, PHILANDER              16362-075
Take one tablet (5 MG)
by mouth daily

amLODIPine 5 MG TAB

(10) Refills  07/05/2024   DJT    Refill Until: 02/19/2025
#30 TAB        Don't Confiscate Before: 11/02/2024   476
CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

⇒ Take exactly as directed. Do not skip doses or discontinue unless directed by your doctor.

⇒ Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.

May cause dizziness.

Round White
238/IG

238



copy

Attachment: A

pg.4

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD  20701*

CERT NO: 70191640000008348421

April 23 2024

Philander McFarland 16362-075
USP Lee
PO Box 305
Jonesville, VA 24264

Re: Your Tort Claim No. TRT-MXR-2024-03032

Dear Claimant:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et. seq.*, and authority granted under 28 C.F.R. § 0.172.  You claim government liability in the amount of $13,000.00 in relation to events alleged to have occurred at USP Lee beginning on or about February 2, 2024.

Investigation into your claim revealed no basis for settlement.  There is no indication staff negligence caused the injuries you claim.  Records reflect you have received continuous care for your medical needs.  Additionally, you never reported your fall to medical staff or requested treatment for a fall on or around the timeframe you allege the fall took place.

Accordingly, your claim is denied.  This is a final denial of your claim.  If you are not satisfied with this determination, you have six months from the date of this letter to bring suit in an appropriate United States District Court, should you wish to do so.

Sincerely,

for

Michael D. Frazier
Regional Counsel

pg. 5

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

discontinue "AmLodlpine 5mg"(Brands) and or Brandname Norvasc 5 from McFarland #16362075 medical file

G. If this case goes to trial, do you request a trial by jury?    Yes_____    No _X___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: July 22, 2024    SIGNATURE: Philander McFarland

VERIFICATION:
I, McFarland Philander _____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: July 22, 2024    SIGNATURE: Philander McFarland

Updated 5/2024

FTCA under 18 U.S.C. 2671                    pg. 10

Disclosure statement nongovermental, noncorporate.
Parently held 90% publicy 10% of it stock, Non-
corporational.

Philander McFarland
date: July 22, 2024

Pg.11

# Certificate of Service

I, _Philander McFarland_ hereby certify that I have served a true and correct copy of the following:

(FTCA) Federal tort claim act
under 18 U.S.C. 2671
Disclosure statement nongovermental, noncorporate

which is deemed filed at the time it was delivered to prison authorities for forwarding [Houston v. Lack 101 L.Ed.2d 245 (1988)] upon the defendant(s) and or his/her attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to :

Clerk, U.S. district, 210 Franklin Rd. Suite: 540
Roanoke, Va. 24011-2208

and by depositing same in the United States Mail at the United State Penitentiary, "Lee" on this _____ day of _____

Philander McFarland
( Name)

P.o. Box: 305
(Address)

Jonesville, Va. 24263
(City, State, Zip)

Philander M<sup>c</sup>Farland #16362075
USP-Lee
P.O. Box:305
Jonesville Va.24263

KNOXVILLE TN 377
24 JUL 2024  PM 2  L



U.S. district Court
210-Franklin Rd. Suite:540
Roanoke,Va.24011-2208

**RECEIVED**

JUL 26 2024

USDC Clerk's Office
Mail Room

Legal mail

24011-221499